# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Skanska USA Building, Inc. | ) ASBCA Nos. 58295, 58296, 58297 |
| | ) 58298, 58299, 58387 |
| | ) 58388, 58389, 58390 |
| Under Contract No. W912G-09-C-0025 | ) |

APPEARANCES FOR THE APPELLANT:        Bennett D. Greenberg, Esq.
                                       Erica L. Marshall, Esq.
                                        Seyfarth Shaw LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Thomas H. Gourlay, Jr., Esq.
                                        Engineer Chief Trial Attorney
                                       Charles L. Webster III, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Fort Worth

## OPINION BY ADMINISTRATIVE JUDGE TING

The parties settled the nine appeals referenced above for $1,070,000 through Board mediation on 16-17 December 2013. Of the settled amount, the government has paid $1,013,205.04, pursuant to Contract Modification No. P00045, executed by the parties on 30 December 2013.

The parties have requested that the government pay the balance of $56,794.96 ($1,070,000 - $1,013,205.04) from the Judgment Fund provided by 31 U.S.C. § 1304 pursuant to 41 U.S.C. § 7108(b).

Accordingly, it is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' agreement that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $56,794.96. Interest on $56,794.96 shall accrue from and including 18 February 2014.

Dated: 25 February 2014

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 58295, 58296, 58297,
58298, 58299, 58387, 58388, 58389, 58390, Appeals of Skanska USA Building, Inc.,
rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2